UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

KELVIN WELLS

CIVIL ACTION

VERSUS

NO. 10-729-FJP-CN

MICHAEL ASTRUE, ET AL

O P I N I O N

After independently reviewing the entire record in this case and for reasons set forth in the Magistrate Judge's Report to which an objection was filed:

IT IS ORDERED that the above-captioned matter shall be DISMISSED WITH PREJUDICE as frivolous pursuant to 28 U.S.C. §1915(e).

IT IS FURTHER ORDERED that plaintiff's request for appointment of counsel is denied for reasons set forth in the Magistrate Judge's Report.

Judgment shall be entered accordingly.

Baton Rouge, Louisiana, June 28, 2011.

FRANK J. POLOZOLA
MIDDLE DISTRICT OF LOUISIANA

Doc#47332